IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



FILED
APR 11 2018
Clerk, U S District Court
District Of Montana
Billings

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 03-110-BLG-SPW |
| Plaintiff, | |
| vs. | ORDER |
| MICHAEL JAMES SKEWIS, | |
| Defendant. | |

Upon the Defendant's Motion for Early Termination of Supervision (Doc. 88), pursuant to 18 U.S.C. § 3583(e)(1) and Fed. R. Crim. P. 32.1(c)(2), and good cause being shown,

IT IS HEREBY ORDERED that the Defendant's motion is GRANTED. Michael James Skewis' supervision is terminated as of the date of this Order.

The Clerk shall notify the U.S. Probation Office of the making of this Order.

DATED this 11th day of April, 2018.

_Susan P. Watters_
SUSAN P. WATTERS
United States District Judge